

Jonathan Etra
Attorney
T: (305) 373-9447
jonathan.etra@nelsonmullins.com

**NELSON MULLINS RILEY & SCARBOROUGH LLP**
ATTORNEYS AND COUNSELORS AT LAW
2 South Biscayne Blvd
21st Floor
Miami, FL 33131
T: (305) 373-9400  F: (305) 373-9443
nelsonmullins.com

September 19, 2024

*Application GRANTED. The Clerk of Court is directed to terminate Doc. #51.*

Honorable Judge Jesse M. Furman
United States District Judge
Sothern District of New York
40 Foley Square
New York, NY 10007

*SO ORDERED.*

*[signature]*

*September 19, 2024*

**Re:  *US. v. Brian Martinsen, Case No.: 23-cr-622*
Request for Travel to/from New Jersey**

Dear Judge Furman:

This letter is respectfully submitted to request permission for Mr. Martinsen to travel to and from New Jersey on September 27, 2024.

Mr. Martinsen is currently restricted to the Southern and Eastern Districts of New York and the Southern District of Florida. [DKT # 12].

Mr. Martinsen respectfully requests permission to attend a September 27, 2024 Rutgers home football game with members of his family. The game starts at 6:00 p.m.  Mr. Martinsen seeks to drive to the game from his Long Island home on September 27 and drive home when the game is over.

The United States Attorney's Office has advised that it defers to Pretrial Services.  Mr. Martinsen's Pretrial Services Officer, Officer Marie Gerardino, advised that she has no objection to the requested travel.

Respectfully submitted,

/s/Jonathan Etra
Jonathan Etra

cc:    AUSA Allison C. Nichols
       AUSA Matthew R. Shahabian
       Pretrial Services Officer Marnie Gerardino