

Jonathan Etra
Attorney
T: (305) 373-9400
jonathan.etra@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AND COUNSELORS AT LAW
2 South Biscayne Blvd
21st Floor
Miami, FL 33131
T: (305) 373-9400   F: (305) 373-9443
nelsonmullins.com

November 19, 2024

**By ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

> Application GRANTED. The Clerk of Court is directed to terminate Doc. #54. SO ORDERED.
>
> *[signature]*
>
> November 19, 2024

Re:   *United States v. Castillero, et al.*, 1:23-cr-622-JMF

Dear Judge Furman:

I represent defendant Brian Martinsen in the above-referenced matter. I write pursuant to Rule 3(C) of Your Honor's Individual Rules and Practices in Criminal Cases to respectfully request approval for Pretrial Services for the Southern District of New York ("Pretrial Services") to assign Mr. Martinsen a new pre-trial officer in the Southern District of Florida.

Since October, Mr. Martinsen has been living at his residence in Palm City, Florida, in the Southern District of Florida. Mr. Martinsen's bond allows him to be in the Southern District of Florida. Mr. Martinsen will be spending most of his time at his Florida residence between now and May 2025. Mr. Martinsen spoke with his current pre-trial officer in the Eastern District of New York regarding his request for re-assignment. His current pre-trial officer did not oppose the request but asked for us to confer with Pretrial Services. Pretrial Services does not oppose either but asked us to file this letter motion with the Court for approval. The Government consents to this request, as well.

For these reasons, we respectfully request approval for Mr. Martinsen be assigned a new pre-trial officer in the Southern District of Florida.

NELSON MULLINS RILEY & SCARBOROUGH

/s/ Jonathan Etra
Jonathan Etra, Esq.
Reg. No. 2449478
2 S. Biscayne Blvd., Unit 21
Miami, FL 33131

CC:   All counsel of record (via ECF)