

The Law Office of Kevin J. Keating, P.C.
666 Old Country Road, Suite 900
Garden City, NY 11530
516-222-1099 • 212-964-2702
kevin@kevinkeatinglaw.com
Garden City • Manhattan

April 3, 2025

**Via ECF**
Hon. Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

          **Re:**    *United States v. Brian Martinsen*
                  23-CR-622

Dear Judge Furman:

      As Your Honor is aware, along with Matthew Brissenden, Esq., I recently filed a Notice of Appearance on behalf of Brian Martinsen. This morning, the Court issued an Order directing that the parties appear for a conference on April 9, 2025, at 3:00 p.m. I am unable to appear on that date as I am scheduled to be outside of New York from April 8, 2025 – April 12, 2025.

      With this, I write to respectfully request that I be permitted to attend the conference telephonically. Alternatively, I respectfully request that the Court allow my co-counsel Matthew Brissenden, Esq. to attend the conference in my absence, or that a new date be scheduled for the conference.

      Thank you for your consideration.

                                            Very truly yours,

                                            /s/ *Kevin J. Keating*

                                            KEVIN J. KEATING

KJK/dg

      cc:      All Counsel

> Counsel is granted leave to participate by telephone. The Court's staff will provide counsel with the relevant call-in information. The Clerk of Court is directed to terminate Docket No. 69.
>
> SO ORDERED.
>
> [signature]
>
> April 4, 2025