

The Law Office of Kevin J. Keating, P.C.
666 Old Country Road, Suite 900
Garden City, NY 11530
516-222-1099 • 212-964-2702
kevin@kevinkeatinglaw.com
Garden City • Manhattan

April 5, 2025

**Via ECF**

Hon. Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

*Application GRANTED. Counsel shall provide Mr. Martinsen with the call-in information provided to him last week. The Clerk of Court is directed to terminate Doc. #73. SO ORDERED.*

*April 7, 2025*

      Re:   *United States v. Brian Martinsen*
               **23-CR-622**

Dear Judge Furman:

      As Your Honor is aware, on April 2, 2025, I filed a Notice of Appearance on behalf of Mr. Martinsen in this matter. On April 3, 2025, Your Honor scheduled a status conference for April 9, 2025. In response to my letter application, the Court has granted my request to attend the status conference telephonically as I will be out of New York State on that date.

      Your Honor may recall that my client, Mr. Martinson, resides in Florida. With this, as I will be attending telephonically, I write to respectfully request that Your Honor, likewise, permit Mr. Martinson to attend Wednesday's conference telephonically.

      Thank you for your consideration.

               Very truly yours,

               /s/ *Kevin J. Keating*

               KEVIN J. KEATING

KJK/dg

cc:    All Counsel