**MATTHEW W. BRISSENDEN, P.C.**
ATTORNEY AT LAW

---

| | |
|---|---|
| 666 Old Country Road, Suite 501 | 516-683-8500, Fax: 516-683-8410 |
| Garden City, New York 11530 | matthew.w.brissenden@gmail.com |

September 15, 2025

**Via ECF**

The Honorable Jesse M. Furman
United States District Court Judge
Southern District of New York
500 Pearl Street, Courtroom 24B
New York, NY 10007-1312

                Re:    *United States v. Castillero, et al*.
                        23-CR-622 (JMF)

Dear Judge Furman,

      This office represents Brian Martinsen in the above-referenced matter, together with co-counsel Kevin Keating. We are writing to respectfully join in co-defendant's motion to preclude and limit expert testimony, filed at ECF Nos. 135 and 136.

      Separately, and in light of today's Order (ECF No. 139), we are writing to clarify that Mr. Martinsen *has* filed his own motion to limit such testimony. Those arguments are included within our September 9th submission to the Court, at ECF Nos. 125 and 127. We apologize for any confusion which this may have caused.

                                                             Respectfully submitted,

                                                                                       /s/

                                                              Matthew W. Brissenden

Duly noted and application granted. In light of the clarification, Mr. Castillero is deemed to have joined Mr. Martinsen's motion to preclude and limit expert testimony. The Clerk of Court is directed to terminate ECF No. 140. SO ORDERED.

September 16, 2025